**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE O. ARNOLD,                        | No. C-12-0541 TEH (PR) |
|     Plaintiff,      | ORDER GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION |
|     v.              | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
|     Defendants.     | |

On February 2, 2012, plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983, Doc. #1, and filed a in forma pauperis application, Doc. #2. That day, the Clerk notified Plaintiff that his in forma pauperis application was incomplete because he failed to submit (1) the Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and (2) a copy of his prisoner trust account statement showing transactions for the last six months. Doc. #3. Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Id. On February

21, 2012, Plaintiff filed another in forma pauperis application. Doc. #4. This application is still incomplete because Plaintiff has failed to submit the Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison. Plaintiff is granted an extension of time to complete his in forma pauperis application. By May 14, 2012, Plaintiff must submit a completed Certificate of Funds in Prisoner's Account that is signed by an authorized officer at the prison, or pay the requisite $350.00 filing fee.

Failure to respond in accordance with this order in the time provided will result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to Plaintiff.

IT IS SO ORDERED.

DATED  *4/10/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Arnold-12-0541-eot ifp.wpd

2