IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOYLE O. ARNOLD,  No. C-12-0541 TEH (PR)

    Plaintiff,  ORDER OF DISMISSAL

    v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

    Defendants.
_____/

On February 2, 2012, Plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983, Doc. #1, and filed an in forma pauperis application, Doc. #2. That day, the Clerk notified Plaintiff that his in forma pauperis application was incomplete because he failed to submit (1) the Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and (2) a copy of his prisoner trust account statement showing transactions for the last six months. Doc. #3. Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Id. On February

21, 2012, Plaintiff filed another in forma pauperis application. Doc. #4. This application is still incomplete because Plaintiff has failed to submit the Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

On April 12, 2012, in the interests of justice, the Court sua sponte granted Plaintiff an extension of time to complete his in forma pauperis application. Doc. #6. The Court ordered Plaintiff to submit a completed Certificate of Funds in Prisoner's Account that is signed by an authorized officer at the prison, or pay the requisite $350.00 filing fee by May 14, 2012. Plaintiff was reminded that failure to respond in the time provided would result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to Plaintiff.

The deadline has passed, and Plaintiff has not paid the filing fee, nor has he filed a complete in forma pauperis application.[1] Accordingly, this action is DISMISSED WITHOUT PREJUDICE. See Fed. R. Civ. P. 41(b).

The Clerk shall terminate any pending motions as moot and close the file. The Clerk shall send a copy of this Order of

---

[1] It appears that Plaintiff is no longer in custody and is not at the address provided in his February 2012 Notice of Change of Address. See Doc. #7. It is Plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court and all parties informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). However, in the interests of justice, the Court has forwarded the Order Granting Extension of Time to Complete the in forma pauperis application (Doc. #6) to the return address listed on Plaintiff's Notice of Change of Address: Doyle O. Arnold c/o Christina Miramon, 1326 Joplin Dr. #4, San Jose CA 95118.

Dismissal to the following address: Doyle O. Arnold c/o Christina Miramon, 1326 Joplin Dr. #4, San Jose CA 95118.

IT IS SO ORDERED.

DATED  06/04/2012

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Arnold-12-0541-dismissal-ifp.wpd

3